Robert B. Weiser (*Subject to Admission Pro Hac Vice*)
Brett D. Stecker (*Subject to Admission Pro Hac Vice*)
Jeffrey J. Ciarlanto (*Subject to Admission Pro Hac Vice*)
THE WEISER LAW FIRM, P.C.
22 Cassatt Avenue, First Floor
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062
rw@weiserlawfirm.com
bds@weiserlawfirm.com
jjc@weiserlawfirm.com

Mark Lebovitch (*Subject to Admission Pro Hac Vice*)
David Wales (*Subject to Admission Pro Hac Vice*)
Adam Hollander (*Subject to Admission Pro Hac Vice*)
BERNSTEIN LITOWITZ BERGER & GROSSMANN, LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
markl@blbglaw.com
adam.hollander@blbglaw.com

Blake D. Miller (#4090)
P. Matthew Muir (#9560)
MILLER TOONE, P.C.
165 South Regent Street
Salt Lake City, UT 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
miller@millerguymon.com
muir@millerguymon.com

Attorneys for Plaintiffs

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUN 03 2014

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE NU SKIN ENTERPRISES, INC., SHAREHOLDER DERIVATIVE LITIGATION, | **STIPULATED ORDER CONCERNING PLEADING DEADLINES AND OTHER RELATED SCHEDULING MATTERS** |
| This Document Relates to:<br><br>ALL ACTIONS. | Case No. 2:14-cv-00107-DB (consol.) |

Based upon the parties' joint Stipulated Motion for Entry of an Order Concerning Pleading Deadlines and Other Related Scheduling Matters, the Court hereby ORDERS as follows:

1. No later than July 21, 2014, Plaintiffs shall file a consolidated complaint ("Consolidated Complaint") that shall supersede all previous complaints filed in this action and in the individual cases that have been consolidated into this action.

2. No later than September 19, 2014, Defendants shall answer or otherwise respond to the Consolidated Complaint. Defendants shall have no obligation at this time to respond to the complaints heretofore filed in this action or in any of the individual cases that have been consolidated into this action.

3. If Defendants move to dismiss the Consolidated Complaint, Plaintiffs shall file a response or opposition to that motion no later than November 18, 2014.

4. No later than December 18, 2014, Defendants shall file a reply memorandum in support of that motion.

Dated: May 23, 2014.

BY THE COURT

THE HONORABLE DEE BENSON
UNITED STATES DISTRICT JUDGE

ORDER APPROVED:

/S/ DANIEL E. BARNETT*

Daniel E. Barnett
*Attorneys for Defendants*
*Electronically signed by P. Matthew Muir, with permission