Robert S. Clark (4015)
Daniel E. Barnett (8579)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
(Telephone)    (801) 532-7840
(Facsimile)     (801) 532-7740
dbarnett@parrbrown.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| IN RE NU SKIN ENTERPRISES, INC., SHAREHOLDER DERIVATIVE LITIGATION<br><br>_____<br><br>This Documents Relates To:<br><br>ALL ACTIONS. | **NOTICE OF CHANGE OF ADDRESS**<br><br>Civil Case No. 2:14-cv-00107-DB (Cons.)<br><br>SHAREHOLDER DERIVATIVE ACTION<br><br>Judge Dee Benson |

Please take notice that the following attorneys, who are counsel of record for defendants M. Truman Hunt, Ritch N. Wood, Steven J. Lund, Nevin N. Andersen, Neil Offen, Daniel W. Campbell, Andrew W. Lipman, Patricia A. Negron, Thomas R. Pisano, Nu Skin Enterprises, have moved offices.  Email address and telephone numbers have not changed.  The new physical address is as follows:

> Robert S. Clark
> Daniel E. Barnett
> Parr Brown Gee & Loveless
> 101 South 200 East, Suite 700
> Salt Lake City, UT 84111

1

All future notices or deliveries that are directed to counsel by U.S. mail, delivery service, messenger, or any other physical delivery should be addressed and directed to this address.

Dated this 3rd day of June, 2014.

                                          PARR BROWN GEE & LOVELESS, PC

                                          /s/ Daniel E. Barnett
                                          Robert S. Clark
                                          Daniel E. Barnett
                                          Counsel for Defendants

## CERTIFICATE OF SERVICE

On this the 3rd day of June, 2014, I caused a true copy of **NOTICE OF CHANGE OF ADDRESS** to be filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

/s/ Daniel E. Barnett