Mark Lebovitch (*Admitted Pro Hac Vice*)
David L. Wales (*Subject to Admission Pro Hac Vice*)
Brett M. Middleton (*Admitted Pro Hac Vice*)
Adam Hollander (*Admitted Pro Hac Vice*)
BERNSTEIN LITOWITZ BERGER & GROSSMANN, LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

Blake D. Miller (#4090)
P. Matthew Muir (#9560)
MILLER TOONE, P.C.
165 South Regent Street
Salt Lake City, UT 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
miller@millertoone.com
muir@millertoone.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE NUSKIN ENTERPRISES, INC. SHAREHOLDER DERIVATIVE LITIGATION, | **ORDER FOR PRO HAC VICE ADMISSION** |
| This Document Relates To: ALL ACTIONS. | **Case No. 2:14-CV-00107-DB** <br><br> SHAREHOLDER DERIVATIVE ACTION |

It appearing to the Court that movant meets the pro hac vice admission requirements of DUCivR 83-1-1(d), the motion for the admission pro hac vice of David L. Wales in the United States District Court, District of Utah, in the above captioned case is GRANTED.

DATED this 25th day of November 2014.

*[signature]*
THE HONORABLE DEE BENSON
U.S. District Court Judge