Robert S. Clark (4015)
rclark@parrbrown.com
Daniel E. Barnett (8579)
dbarnett@parrbrown.com
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Tel: (801) 532.7840
Fax: (801) 532.7750

James G. Kreissman (admitted *pro hac vice*)
jkreissman@stblaw.com
Alexis Coll-Very (admitted *pro hac vice*)
acoll-very@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Tel: (650) 251-5000
Fax: (650) 251-5002

*Attorneys for Defendants*

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

---

| IN RE NU SKIN ENTERPRISES, INC., SHAREHOLDER DERIVATIVE LITIGATION, _____ This Document Relates to: ALL ACTIONS. | **ORDER FOR LEAVE TO FILE OVERLENGTH REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS** Case No. 2:14-cv-00107-DB (consol.) |
|---|---|

This matter came before the Court on Defendants' *Ex Parte Motion for Leave to file Overlength Reply Memorandum in Support of Motion to Dismiss*. Based upon that Motion and for good cause shown, the Court hereby GRANTS the Motion.  Defendants are granted leave to file a Reply Memorandum in Support of Motion to Dismiss containing not more than 25 pages of legal argument.

DATED this 28th day of December, 2014.

**BY THE COURT**

_____
Honorable Dee V. Benson
United States District Court Judge