*In re Nu Skin Enterprises, Inc., Shareholder Derivative Litigation*
*Case No. 2:14-cv-00107-DB*

**TABLE OF CONTENTS FOR EXHIBITS TO**
**REPLY IN SUPPORT OF MOTION TO DISMISS**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Q1 2014 Form 10Q |
| B | Q2 2014 Form 10Q |
| C | News Release from P.R.C. Ministry of Commerce "Vice Minister Wang Meets with Nu Skin President & CEO Truman Hunt" http://english.mofcom.gov.cn/aarticle/newsrelease/significantnews/201104/20110407483974.html |
| D | Form 4 Summaries |
| E | Wall Street Journal Article "Hong Kong Regulator Targets Short Seller" http://www.wsj.com/articles/hong-kong-regulator-targets-short-seller-1419332018 |
| F | National Futures Assoc. Case Summary http://www.nfa.futures.org/basicnet/Case.aspx?entityid=0253075&case=95BCC00020&contrib=NFA |