# EXHIBIT C



# MINISTRY OF COMMERCE
# PEOPLE'S REPUBLIC OF CHINA

- Home
- News
- Policies
- Topics
- Statistics
- Services
- Photo Gallery

中文
Other languages

Search

Tue.23/12/114

Home > News > Significant News

## Vice Minister Wang Meets with Nu Skin President & CEO Truman Hunt

April 1, 2011 - 11:26 BJT (18:26 GMT)  MOFCOM

Chinese Version

Vice Minister of Commerce Wang Chao met with Truman Hunt, Nu Skin President & CEO, and his party in Beijing on March 31.

Vice Minister Wang expressed his welcome to Mr. Truman Hunt and his party, and spoke highly of the investment development in China of Nu Skin and its earnest performance of social responsibilities.

Vice Minister Wang introduced the situation of Sino-U.S. relations and trade and economic cooperation to them, and said, Sino-U.S. trade and economic cooperation is the foundation of the sound development of Sino-U.S. relations. To promote the constant development of bilateral trade and economic relations needs the positive participation and practical cooperation of enterprises of the two countries. He also hoped that Nu Skin could continue increasing its cooperation with China, introduce China to the political circles of the U.S., and increasingly play a role in promoting the sound development of Sino-U.S. relations.

When it comes to the development of the direct-selling, Vice Minister Wang Chao stated that the Chinese government opened its direct-selling market in accordance with its commitments when accessing into the WTO, formulated in 2005 Administrative Regulations on Direct-selling, Regulations on Prohibiting Pyramid-selling, and specific rules on market access and industrial management based on Chinese conditions. China will thoroughly implement the two Regulations so as to ensure the steady and orderly development of direct-selling industry and hopes that Nu Skin will operate and increase its investment for greater development according with the two Regulations.

【Big Medium-sized Small】 【Print】

**Ministry of Commerce Website Copyright and Disclaimer Statement**

All articles marked with "Article type: Original" posted on the website of the Ministry of Commerce and its sub-sites are copyrighted by this Website and its sub-sites. Any reproduction or use by any other websites, media or individuals must be attached with a clear indication of "Source: Ministry of Commerce Website".
All articles posted on this website or its sub-sites marked with "Article type: reproduced" or "Article type: translated" and "Article type: redistributed" come from other media, and are provided solely for the user's information, which does not mean this Website or its sub-sites endorse the ideas thereof or assume any legal liability or responsibility for their authenticity. Any other media, websites or individuals must maintain the source of information indication on this Website or its sub-sites when using the information, and shall assume legal liability for the use.

### News
- Significant News
- Spokesperson's Remarks
- Press Conference
- From Counselor's Office

### Policies
- Announcement
- Policy Interpretation
- Gazette

### Statistics
- Brief Statistics
- Foreign Investment
- Foreign Trade Cooperation
- Regional Trade Statistics
- Import and Export Indicators

### Services
- Tax Law
- Int'l Labor Cooperation Companies
- List of China's Qualified Overseas Contractors
- China-New Zealand Identified Recruitment Agents
- Supply & Demand
- Inquiry & Answer



Approved by: MINISTRY OF COMMERCE,PRC
Jing ICP Bei No.05004093
Add: No.2 Dong Chang'an Avenue,Beijing China(100731)

Supported by: Cofortune Information Technology Co., Ltd
Tel: +86-10-51651200-612/613/623 Fax: +86-10-65677512
E-mail: MOFCOM Mailbox

