# EXHIBIT D

# Form 4 Summaries

## Summary of Dan Campbell's Form 4s[1]

| Date | Transaction Type | Acq (A) or Disp (D) | Number of Shares Involved | Price of Shares | # of Shares Owned Following Transaction |
|---|---|---|---|---|---|
| 11/24/2010 | Open market sale | D | 7,500 | $31.76 | 20,000 |
| **2010 Totals**: 7,500 shares sold/27,500 shares held = **27% of holdings** | | | | | |
| 8/22/2013 | Open market sale | D | 8,203 | $86.82 | 51,000 |
| 11/26/2013 | Open market sale | D | 19,109 | $126.33 | 41,891 |
| **2013 Totals**: 27,312 shares sold/69,203 shares held = **40% of holdings** | | | | | |

---

[1]  For convenience, Defendants have omitted acquisitions and other non-sale transactions (such as gifts), as well as omitting years with no open-market sales. Defendants have included a calculation showing the total number of shares sold divided by the total number of shares held for each year.

## Summary of Truman Hunt's Form 4s

| Date | Transaction Type | Acq (A) or Disp (D) | Number of Shares Involved | Price of Shares | # of Shares Owned Following Transaction |
|---|---|---|---|---|---|
| 3/2/2010 | Open market sale (10b5-1) | D | 500 | $28.45 | 158,058 |
| 3/8/2010 | Open market sale (10b5-1) | D | 104,500 | $29.27 | 158,058 |
| 4/14/2010 | Open market sale (10b5-1) | D | 250,000 | $30.68 | 158,058 |
| **2010 Totals**: 355,000 shares sold/513,058 shares sold = **69% of holdings** | | | | | |
| 5/17/2011 | Payment of exercise price/tax liability | D | 7,772 | $37.30 | 157,786 |
| 7/15/2011 | Open market sale (10b5-1) | D | 40,278 | $40.00 | 157,786 |
| 7/18/2011 | Open market sale (10b5-1) | D | 29,400 | $40.12 | 157,786 |
| 7/19/2011 | Open market sale (10b5-1) | D | 280,322 | $40.24 | 157,786 |
| **2011 Totals**: 357,772 shares sold/515,558 shares held = **69% of holdings** | | | | | |
| 2/13/2013 | Open market sale | D | 50,000 | $42 | 260,486 |
| 3/4/2013 | Payment of exercise price/tax liability | D | 8,804 | $41.20 | 251,682 |
| 3/4/2013 | Payment of exercise price/tax liability | D | 26,412 | $41.71 | 225,270 |
| **2013 Totals**: 85,216 shares sold/310,486 shares held = **27% of holdings** | | | | | |

## Summary of Steve Lund's Form 4s

| Date | Transaction Type | Acq (A) or Disp (D) | Number of Shares Involved | Price of Shares | # of Shares Owned Following Transaction |
|---|---|---|---|---|---|
| 6/9/2010 | Open market sale | D | 27,000 | $25.65 | 1,614,354 |
| 6/17/2010 | Open market sale | D | 189,666 | $25.65 | 1,424,688 |
| 9/1/2010 | Open market sale (10b5-1) | D | 69,300 | $27.04 | 1,355,388 |
| 9/2/2010 | Open market sale (10b5-1) | D | 19,488 | $27 | 1,355,900 |
| 9/3/2010 | Open market sale (10b5-1) | D | 103,310 | $27.03 | 1,232,590 |
| 9/15/2010 | Open market sale (10b5-1) | D | 143,710 | $27 | 1,088,880 |
| 9/16/2010 | Open market sale (10b5-1) | D | 269,526 | $27 | 819,354 |
| 9/17/2010 | Open market sale (10b5-1) | D | 21,400 | $27.02 | 78,600 |
| 9/20/2010 | Open market sale (10b5-1) | D | 28,600 | $27 | 50,000 |
| **2010 Totals**: 872,000 shares sold/1,644,354 shares held = **53% of holdings** | | | | | |
| 3/4/2013 | Payment of exercise price or tax liability | D | 405 | $41.71 | 2,095 |
| 8/6/2013 | Open market sale | D | 40,000 | $87.33 | 662,900 |
| 8/8/2013 | Payment of exercise price or tax liability | D | 1,079 | $88.05 | 4,350 |
| 9/6/2013 | Open market sale | D | 47,000 | $86.07 | 598,985 |
| 10/22/2013 | Open market sale (10b-5) | D | 50,000 | $117.33 | 548,985 |
| **2013 Totals**: 138,484 shares sold/702,900 shares held = **20% of holdings** | | | | | |

## Summary of Patricia Negron's Form 4s

| Date | Transaction Type | Acq (A) or Disp (D) | Number of Shares Involved | Price of Shares | # of Shares Owned Following Transaction |
|---|---|---|---|---|---|
| 9/30/2010 | Exercise of derivative security | A | 10,100 | $9.40 | 18,450 |
| 9/30/2010 | Exercise of derivative security | A | 5,000 | $15.75 | 23,450 |
| 9/30/2010 | Exercise of derivative security | A | 5,000 | $13.77 | 28,450 |
| **9/30/2010** | **Open market sale (10b5-1)** | **D** | **20,100** | **$28.78** | **8,350** |

**2010 Totals**: 20,100 shares sold/28,450 shares held = **71% of holdings**

| Date | Transaction Type | Acq (A) or Disp (D) | Number of Shares Involved | Price of Shares | # of Shares Owned Following Transaction |
|---|---|---|---|---|---|
| 5/4/2011 | Exercise of derivative security | A | 10,000 | $17.04 | 18,650 |
| 5/4/2011 | Exercise of derivative security | A | 5,000 | $17.76 | 23,650 |
| **5/4/2011** | **Open market sale (10b5-1)** | **D** | **15,000** | **$34** | **8,650** |
| 11/7/2011 | Exercise of derivative security | A | 10,000 | $23.82 | 20,022 |
| **11/7/2011** | **Open market sale (10b5-1)** | **D** | **10,000** | **$51.19** | **10,022** |

**2011 Totals**: 25,000 shares sold/33,650 shares held = **74% of holdings**

| Date | Transaction Type | Acq (A) or Disp (D) | Number of Shares Involved | Price of Shares | # of Shares Owned Following Transaction |
|---|---|---|---|---|---|
| **5/2/2013** | **Open market sale (10b-5)** | **D** | **5,000** | **$56** | **6,192** |
| **8/21/2013** | **Open market sale (10b-5)** | **D** | **5,000** | **$86.20** | **7,192** |

**2013 Totals**: 10,000 shares sold/17,192 shares held = **58% of holdings**