Robert S. Clark (4015)
rclark@parrbrown.com
Daniel E. Barnett (8579)
dbarnett@parrbrown.com
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Tel: (801) 532.7840
Fax: (801) 532.7750

James G. Kreissman (admitted *pro hac vice*)
jkreissman@stblaw.com
Alexis Coll-Very (admitted *pro hac vice*)
acoll-very@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Tel: (650) 251-5000
Fax: (650) 251-5002

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE NU SKIN ENTERPRISES, INC., SHAREHOLDER DERIVATIVE LITIGATION, _____ This document relates to ALL ACTIONS. | Master File No. 2:14-cv-00107-DB **DECLARATION OF COUNSEL CONCERNING REDACTED INFORMATION** Judge Hon. Dee Benson |

I hereby certify that the redacted portions of the *Reply in Support of Defendants'*

*Motion to Dismiss for Failure to Plead Demand Futility or, in the Alternative, to Stay Pending*

*Resolution of Related Securities Action* to which this declaration is attached are privileged or

protectable as a trade secret or otherwise entitled to protection under the law and that the

redactions have been narrowly tailored to protect only the specific information truly deserving of

protection.

Dated January 2, 2015.                          PARR BROWN GEE & LOVELESS

                                                 /s/ *Daniel E. Barnett*
                                                Daniel E. Barnett