Robert S. Clark (4015)
rclark@parrbrown.com
Daniel E. Barnett (8579)
dbarnett@parrbrown.com
PARR BROWN GEE & LOVELESS
185 S. State Street, Suite 800
Salt Lake City, Utah 84111
(Telephone)    (801) 532-7840
(Facsimile)    (801) 532-7740

James G. Kreissman (admitted *pro hac vice*)
jkreissman@stblaw.com
Alexis Coll-Very (admitted *pro hac vice*)
acoll-very@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California  94304
Telephone:    (650) 251-5000
Facsimile:    (650) 251-5002

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE NU SKIN ENTERPRISES, INC., SHAREHOLDER DERIVATIVE LITIGATION,<br><br>This document relates to ALL ACTIONS. | Master File No. 2:14-cv-00107-DB<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS UNDER SEAL**<br><br>Judge Dee Benson |

The Court, having reviewed *Defendants' Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss under Seal*, and for good cause shown, hereby orders as follows: Defendants may file the unredacted, confidential version of their *Reply in Support of Defendants' Motion to Dismiss for Failure to Plead Demand Futility or, in the*

1

*Alternative, to Stay Pending Resolution of Related Securities Action* under seal pursuant to DUCivR 5-2.

DATED this 5th day of January, 2015.

        BY THE COURT

        _____
        Hon. Dee V. Benson
        United States District Court Judge